~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
MAY 7 – 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:  Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE:  Hall, Dawn

FROM:  Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.:  CR-06-00235 WDB

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

AMELIA BERTHELSEN
U.S. Pretrial Services Officer Assistant

510-637-3753
TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services;

B. The defendant shall maintain or commence an educational program, or shall seek and maintain verifiable employment as deemed appropriate and as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_   5-7-07
JUDICIAL OFFICER            DATE

Face sheet only    cc: WDB's stats, Copy to parties of record via ECF, Pretrial, Financial