BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 06-00235 WDB |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | STATUS DATE AND EXCLUSION |
| ) | OF TIME |
| DAWN HALL, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, previously scheduled for Wednesday, August 29, 2007, at 10:00 a.m. before Honorable Magistrate Wayne D. Brazil, may be continued to Tuesday, September 18, 2007, at 10:00 a.m. for status or change of plea.  The reason for the request is that there are one more set of records which defense counsel is still waiting for and additional investigation which will need to be done once those records are received.  A continuance to September 18, 2007, should allow counsel to obtain all the records, complete the investigation and discuss a resolution with the government.

    The parties stipulate that the time from August 29, 2007, to September 18, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) for

*United States v. Hall*, CR 06-00235 WDB
Stip. to Continue Status      - 1 -

1  adequate preparation of counsel.

2

3  DATED: 8/31/07                                          /S/
                                     _____
4                                    JOYCE LEAVITT
                                     Assistant Federal Public Defender

5                                                         /S/
6  DATED: 8/31/07                    _____
                                     H.H. (SHASHI) KEWELRAMANI
7                                    Assistant United States Attorney

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9                                   **ORDER**

10     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case,

11 previously scheduled for August 29, 2007, at 10:00 a.m. shall be continued to September 18, 2007,

12

13 at 10:00 a.m. for status or change of plea before Honorable Magistrate Wayne D. Brazil.

14     IT IS FURTHER ORDERED that the time from August 29, 2007, to September 18, 2007,

15 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

16 3161(h)(8)(A) for adequate preparation of counsel to allow the defense to obtain records and

17 complete its investigation. The Court finds that the ends of justice served by the granting of the

18

19 continuance outweigh the best interests of the public and the defendant in a speedy and public trial

20 and the failure to grant the requested continuance would unreasonably deny the defendant's counsel

21 the reasonable time necessary for effective preparation, taking into account due diligence.

22     SO ORDERED.

23 DATED: September 4, 2007            _____
                                      HON. WAYNE D. BRAZIL
24                                    United States Magistrate Judge

25

26

*United States v. Hall*, CR 06-00235 WDB
Stip. to Continue Status                         - 2 -