1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3693
7     Facsimile:  (510) 637-3724
      E-Mail:     wade.rhyne@usdoj.gov
8
9  Attorneys for the United States of America

**FILED**

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR-06-00235 WDB
                                       )
15          Plaintiff,                 )
                                       )
16      v.                             )    UNITED STATES' MOTION TO DISMISS
                                       )    DEFENDANT DAWN HALL FROM
17  DAWN HALL,                         )    INFORMATION AND [PROPOSED]
                                       )    ORDER
18          Defendant.                 )
                                       )
19  _____)

20

21          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

22  United States Attorney for the Northern District of California moves to dismiss Defendant Dawn

23  Hall from the above-captioned information.  Pre-Trial Services has notified the United States that

24  ///

25  ///

26  ///

27  ///
                Cc: Stats Copy to parties via ECF,
28              Pret. Svcs., US Marshal

   MOTION TO DISMISS
   CR-06-00235 WDB

1    Defendant had successfully completed her pre-trial diversion.

2

3    DATED: December 21, 2009                    Respectfully Submitted,

4                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
5

6

7                                                _____
                                                 WADE M. RHYNE
8                                                Assistant United States Attorney

9                                    **ORDER**

10        Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is

11   granted to the United States to dismiss Defendant Dawn Hall from the information in case

12   number CR-06-00235 WDB.

13

14   DATED: _12/22/09_

15                                               HON. TIMOTHY J. BOMMER
                                                 United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS
CR-06-00235 WDB                          2